Case 1:23-cv-01612-NGG-VMS   Document 15   Filed 04/05/24   Page 1 of 1 PageID #: 50

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAHRON BLACK, individually and on behalf of all
others similarly situated,

                               Plaintiffs,

    -against-

EMPIRE HOLDINGS AND INVESTMENTS, LLC.

                               Defendant.
------------------------------------------------------------X

Case No. 1:23-cv-1612

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for the respective parties in the above-captioned action, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all the claims asserted or that could have been asserted in the above-captioned action against defendant are hereby voluntarily dismissed with prejudice and without costs. Each party will bear its own costs and fees.

Dated: April 3, 2024

New York, New York

| | |
|---|---|
| Mars Khaimov Law, PLLC | Stein & Nieporent LLP |
| By: _/s/ Mars Khaimov_ | By: _/s/ David Stein_ |
| Mars Khaimov, Esq.<br>100 Duffy Avenue, Suite 510<br>Hicksville, New York 11801<br>Tel.: 929.324.0717 (direct)<br>mars@khaimovlaw.com<br>*Attorneys for Plaintiff* | David Stein, Esq.<br>1441 Broadway, Suite 6090<br>New York, NY 10018<br>Fax: (212) 836-9595<br>dstein@steinllp.com<br>*Attorneys for Defendant* |

SO ORDERED: _____
U.S.D.J

So Ordered.

/s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 4/4/24

4895-5040-3388.1